IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2021 SEP 22  PM 2:07
MARGARET BOTKINS, CLERK
CHEYENNE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 21-CR-109-F |
| v. | 21 U.S.C. § 841(a)(1), (b)(1)(B) |
| MELISSA WALSH, a/k/a Melissa Peralez, | (Distribution of Methamphetamine) |
| Defendant. | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about June 25, 2021, in the District of Wyoming and elsewhere, the Defendant, **MELISSA WALSH, a/k/a Melissa Peralez**, did knowingly, intentionally, and unlawfully distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

A TRUE BILL:

*INK SIGNATURE ON FILE*
FOREPERSON

L. ROBERT MURRAY
Acting United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | MELISSA WALSH, a/k/a Melissa Peralez |
| **DATE:** | September 20, 2021 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | |
| Ct. 1: | 21 U.S.C. § 841(a)(1), (b)(1)(B) (Distribution of Methamphetamine) |
| | 5-40 Years Imprisonment |
| | Up To $5,000,000 Fine |
| | Nlt 4 Years To Life Supervised Release |
| | $100 Special Assessment |
| **TOTAL:** | 5-40 Years Imprisonment |
| | Up To $5,000,000 Fine |
| | Nlt 4 Years To Life Supervised Release |
| | $200 Special Assessment |
| **AGENT:** | Richard Fergon, USPIS |
| **AUSA:** | Timothy J. Forwood, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |