# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

9:27 am, 11/29/21

**Margaret Botkins
Clerk of Court**

UNITED STATES OF AMERICA

vs.

MELISSA WALSH

Defendant.

Case Number: 21-CR-109-1F

## ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET

Date 11/29/21     Time 8:58 a.m. - 9:27 a.m.

☐ Arraignment  ☑ Change of Plea     Before the Honorable  Nancy D. Freudenthal

Interpreter: none        Int. Phone: N/A

| Abby Logan | Jan Davis | Karen Bila (phone) | Kumanovich |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES  Government: TJ Forwood

Defendant: Stephanie Bowen

☐ FPD  ☑ PANEL-CJA  ☐ RETAINED  ☐ WAIVED

☐ Defendant Waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s) 1 (lesser included) of an Indictment
☐ *Nolo Contendere*

| NOT GUILTY PLEA | GUILTY PLEA |
|---|---|
| ☐ Court accepts *Nolo Contendere* Plea | ☑ Court is satisfied there is factual basis for plea of guilty |
| ☐ Court orders discovery per Rule 16 FRCrP | ☑ Defendant referred to probation for presentence investigation |
| ☐ Court orders access to Grand Jury Transcripts | ☑ Defendant advised on consequences of a plea of guilty |
| ☐ Motions to be filed in ____ days or on/before _____ | ☑ Plea agreement filed |
| ☐ Trial date set for _____ at ____ in _____ | ☑ Sentencing set for 2/17/22 at 1:30 p.m. in Cheyenne (Courtroom #1) |
|  | ☐ Plea conditionally accepted |
| ☐ Speedy trial expires on _____ | ☐ Count(s) ____ to be dismissed at time of sentencing |
| ☐ Other _____ |  |

BOND IS   ☑ Defendant is detained
☐ Set at _____   ☐ Cash or Surety   ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Continued on bond with the following conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of _____                ☐ Seek/Maintain employment
☐ Report to Pretrial Services as directed            ☐ Travel restricted to _____
☐ Maintain current residence                         ☐ Abide by the following curfew _____
☐ Not use or possess firearms/ammunition/explosives  ☐ Not use or possess controlled substances/drugs
☐ Not use or possess alcohol                         ☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing                     ☐ Avoid all contact with _____
☐ Surrender passport to _____               ☐ Post property or sum of money _____
☐ Obey all laws. Federal, State and Local            ☐ Do not obtain passport
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other _____